85 A.3d 976

IN THE MATTER OF JOSEPH A. GEMBALA, III, AN ATTORNEY AT LAW (ATTORNEY NO. 028631985).

March 13, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–139, concluding that **JOSEPH A. GEMBALA, III,** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.5(b) (failure to communicate the basis or rate of the legal fee in writing) and *RPC* 1.15(d) and *R.* 1:21–6(c)(1)(A) (recordkeeping violations; failure to comply with trust account electronic transfer requirements), and good cause appearing;

It is ORDERED that **JOSEPH A. GEMBALA, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.